No. 73–5437. CHANDLER ET AL. *v.* CENTRAL OF GEORGIA RAILWAY CO. C. A. 5th Cir. Certiorari denied. MR.

JUSTICE POWELL took no part in the consideration or decision of this petition.